IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT NASHVILLE

SEPTEMBER 1998 SESSION

FILED

March 23, 1999

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | C.C.A. NO. 01C01-9711-CR-00515 |
| | ) | |
| Appellee, | ) | |
| | ) | MACON COUNTY |
| V. | ) | |
| | ) | |
| | ) | HON. J. O. BOND, JUDGE |
| LELAND RAY REEVES, | ) | |
| | ) | (FOUR COUNTS OF |
| Appellant. | ) | STATUTORY RAPE; RAPE) |

## SEPARATE OPINION CONCURRING IN RESULT

I concur in the result of Judge Wade's well-written opinion. I disagree with the conclusion reached in Section III, and choose to adhere to the holding and reasoning of this court in State v. Ealey, 959 S.W.2d 605 (Tenn. Crim. App. 1997). However, I fully agree with the holding of the majority opinion in Section IV, that the convictions for statutory rape are barred by the applicable statute of limitations. See State v. Seagraves, 837 S.W.2d 615, 619 (Tenn. Crim. App. 1992). Therefore, I concur in the result reached in the majority opinion.

_____
THOMAS T. WOODALL, Judge